IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DIAMOND ISLAND MARINA, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| GRABEL, SCHNIEDERS, HOLLMAN & CO., CPA, A PROFESSIONAL CORPORATION, | ) Cause No. 3:08-cv-00025-DRH-PMF |
| Defendant. | ) |

**ORDER**

Pending before this Court is Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 11). This Court, being fully advised in the premises, hereby **GRANTS** Plaintiff's Motion for Leave to File First Complaint. The Court **ORDERS** Plaintiff to file its Amended Complaint *instanter*.

SO ORDERED.

/s/     David R Herndon

DATED: February 8, 2008

Chief Judge
United States District Court