IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIAMOND ISLAND MARINA, INC.**,

**Plaintiff,**

**v.**

**GRABEL, SCHNIEDERS, HOLLMAN
& CO., CPA, A Professional Corporation,**

**Defendant.** No. 08-0025-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On February 8, 2008, the Court granted Plaintiff leave to file an amended complaint (Doc. 12). Plaintiff did file its First Amended Complaint on February 12, 2008 (Doc. 14). Thus, the Court **DENIES as moot** Defendant's motion for more definite statement (Doc. 6).

**IT IS SO ORDERED.**

Signed this 12th day of February, 2008.

/s/ David R Herndon

**Chief Judge
United States District Court**