IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIAMOND ISLAND MARINA, INC.**,

**Plaintiff,**

**v.**

**GRABEL, SCHNIEDERS, HOLLMAN
& CO., CPA, A Professional Corporation,**

**Defendant.** No. 08-0025-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion to continue presumptive trial month (Doc. 41). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the presumptive trial month to December 2009.

**IT IS SO ORDERED.**

Signed this 13th day of July, 2009.

/s/     *David R Herndon*

**Chief Judge
United States District Court**