IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIAMOND ISLAND MARINA, INC.,**

    Plaintiff,

v.

**GRABEL, SCHNEIDERS, HOLLMAN & CO., C.P.A., a Professional corporation,**

    Defendants.               Case No. 08-cv-025-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 4, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:    /s/*Sandy Pannier*
                         Deputy Clerk

Dated: March 11, 2011

David R. Herndon
2011.03.11
11:07:49 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT